UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHELLE McNEAL and REGINALD McNEAL,<br><br>     Plaintiff,<br><br>   v.<br><br>JP MORGAN CHASE BANK, N.A., et al.<br><br>     Defendants. | Case No. EDCV 09-878-VAP (OPx)<br><br>**JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Pursuant to the Order filed herewith, IT IS ORDERED AND ADJUDGED that Plaintiff's Complaint is DISMISSED WITHOUT PREJUDICE at to Defendants JP Morgan Chase Bank, N.A and JP Morgan Chase & Co.  The Court orders that such judgment be entered.

Dated: September 12, 2009

VIRGINIA A. PHILLIPS
United States District Judge