**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHELLE McNEAL and REGINALD McNEAL, both individually and upon behalf of their community property marital estate,<br><br>   Plaintiff,<br><br> v.<br><br>WORLD SAVINGS BANK, F.S.B.; WACHOVIA MORTGAGE, F.S.B.; HOME LOAN EXPERTS; HOME LOAN EXPERTS, a corporate division of WACHOVIA MORTGAGE, F.S.B.; CANDICE OLIVARES; and JULIANA LARABEE,<br><br>   Defendants. | Case No. EDCV 09-878-VAP (OPx)<br><br>**JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

 Pursuant to the Order filed herewith, IT IS ORDERED AND ADJUDGED that Plaintiff's Complaint is DISMISSED WITHOUT PREJUDICE. The Court orders that such judgment be entered.

Dated: March 31, 2010

            /s/ Virginia A. Phillips
            VIRGINIA A. PHILLIPS
            United States District Judge